IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

TOM LOBO-GUTIERREZ, A# 240-806-380                    PETITIONER
*also known as* Alejandra Lobo

V.                                          CIVIL NO. 5:26-cv-380-DCB-RPM

WARDEN RAFAEL VERGARA, ET AL.                         RESPONDENTS

<u>ORDER</u>

Pro se Petitioner Tom Lobo-Gutierrez ("Petitioner"), is housed at the Adams

County Correctional Center in Natchez, Mississippi, and brings this Petition for

Writ of Habeas Corpus under 28 U.S.C. § 2241.  Petitioner paid the filing fee.  The

Court directs Petitioner to file a Petition that complies with Rule 2 of the *Rules*

*Governing Section 2254 Cases in the United States District Courts.*[1]  It is hereby,

ORDERED that on or before May 29, 2026, Petitioner shall either complete,

sign, and file a form "Petition For A Writ of Habeas Corpus Under 28 U.S.C. § 2241"

to continue with this case or file a Notice of Voluntary Dismissal if Petitioner does

not wish to pursue this case.

IT IS FURTHER ORDERED that the Clerk of Court is directed to mail a copy

of this Order along with a Form AO-242 Petition to Petitioner at Petitioner's

address of record.

The Court warns Petitioner that failure to advise this Court of a change of

---

[1] "A district court may apply any or all of the rules governing § 2254 habeas petitions to those cases filed pursuant to § 2241." *Reyes-Gonzalez v. Driver*, No. C-05-248, 2005 WL 1669830, at *2 (S. D. Tex. 2005) (citing Rule 1(b) of the Rules Governing § 2254 Cases).

address or a failure to comply with any Order of this Court will result in the

dismissal of this case.

THIS the 29th day of April, 2026.

s/ *Robert P. Myers, Jr.*

ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE