IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

TOM LOBO-GUTIERREZ, A# 240-806-366                    PETITIONER
*also known as* Alejandra Lobo

V.                                    CIVIL ACTION NO. 5:26-cv-380-DCB-RPM

WARDEN RAFAEL VERGARA                              RESPONDENT

<u>ORDER</u>

This matter is before the Court on pro se Petitioner Tom Lobo-Gutierrez's

(Petitioner's), Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241.[1]  Petitioner is

an immigration detainee housed at the Adams County Correctional Center in Natchez,

Mississippi.

Petitioner names Rafael Vergara, the Warden of the Adams County Correctional

Center; Todd M. Lyons; Markwayne Mullin; and Todd Blanche as Respondents.  When a

habeas petitioner challenges his present physical custody, "the proper respondent is the

warden of the facility where the [petitioner] is being held, not the Attorney General or some

other remote supervisory official." *Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004).  After

initial review of Petitioner's filings, the Court finds that the proper Respondent is Warden

Rafael Vergara and Respondent shall respond to the Petition.

**IT IS THEREFORE ORDERED** that the Clerk of Court is directed to edit the

docket to reflect that the sole Respondent is Rafael Vergara, Warden of Adams County

Correctional Center.

**IT IS FURTHER ORDERED** that Respondent shall file an answer or other

---

[1] Petitioner paid the filing fee.

responsive pleading in this cause within twenty (20) days of the service of a copy of this order.  Respondent shall file with his or her answer or other responsive pleading any agency records or court records relevant to the disposition of this cause.   If Petitioner desires to file a rebuttal, Petitioner may do so within fourteen days after Respondent files an answer or other responsive pleading.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, by certified mail, a copy of the Petition [1],[3] filed herein, along with a copy of this Order upon the Civil Process Clerk of the Office of the United States Attorney for the Southern District of Mississippi, 501 E. Court St., Suite 4.430, Jackson, MS 39201; the Attorney General of the United States, at U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, D.C. 20530; and Warden of Adams County Correctional Center, 20 Hobo Fork Road, Natchez, MS 39120.

The Court warns Petitioner that a failure to timely comply with any Order of this Court or Petitioner's failure to keep this Court informed of Petitioner's current address will result in the dismissal of this case.

**SO ORDERED**, this the 3rd day of June, 2026.

/s/ *Robert P. Myers, Jr.*

ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE